

December 3, 2013

Kevin C. Donovan
973.735.5760 (direct)
Kevin.Donovan@wilsonelser.com

**BY FACSIMILE [1.856.757.5076] AND**
**BY FIRST CLASS MAIL**
Robert B. Kugler
United States District Judge
Room 6040
P.O. Box 889
Mitchell H. Cohen United States Courthouse
1 John F Gerry Plaza
Camden, NJ 08101

    Re:        LaPorte v. Premier Education Group
    Case No:  11-CV-03523-RBK-AMD
    File No:   11155.00029

Dear Judge Kugler:

        This firm is local counsel for defendants Premier Education Group, L.P. and Premier Education Group, G.P., Inc., in the above-referenced matter. This is an alleged federal and multiple states' false claims act case brought by seven plaintiffs/relators. The Complaint – which is actually the unsealed Third Amended Complaint - consists of approximately four hundred and fifty-five (455) paragraphs, and twelve causes of action under federal and state law, set forth in more than one hundred and fifty (150) pages of pleading.

        Defendants' response to the Complaint is due January 21, 2014. Defendants are in the process of preparing a Motion to Dismiss some or all of the Complaint. Pursuant to instructions from chambers as to the Court's preferred method of addressing this request, kindly

200 Campus Drive • Florham Park, NJ 07932 • p 973.624.0800 • f 973.624.0808
Carolyn F. O'Connor • Regional Managing Partner, New Jersey

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

1690380v.3

accept this letter in lieu of a more formal application in which defendants seek permission from your Honor to expand the forty (40) page limit of L. Civ. 7.2(b) by fifteen (15) pages. This would allow defendants to submit a fifty-five (55) page motion brief in support of their Motion To Dismiss.

Defendants respectfully submit that the requested page expansion is necessary due to the significant number of causes of action and nature of the claims set forth in the Complaint.

Briefly, the seven plaintiffs/relators have filed a massive Complaint against the defendants. The sheer size of the pleading is illustrated by the fact that the Complaint has its own Table of Contents (copy enclosed).

Moreover, the plaintiffs/relators have asserted a large variety of claims under multiple and varying sections of the federal False Claims Act, 31 U.S.C. §372, as well as under the False Claims Acts of Delaware, Massachusetts, New Jersey and New York, as well as common law intentional infliction of emotional distress claims.

In order for defendants properly to present a cogent analysis of the facts alleged in the Complaint, as well as to address the many federal and state laws at issue, defendants' requested expansion, respectfully, is necessary.

The Court's consideration of defendants' request is appreciated.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Kevin C. Donovan

KCD/bl
Enclosure

cc: David I. Sinderbrand, Esq. (w/encl.) [BY ELECTRONIC MAIL; david@sinderlawyer.com]

1690380v.3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURA LAPORTE, ANGELA DAVENPORT, PAMELA HONE, ROBERT BIASELLI, KELLI J. AMAYA, AMANDA KENNY, and DORIS MOODY, and on behalf of the STATES of DELAWARE, NEW JERSEY, NEW NEW YORK and the COMMONWEALTH OF MASSACHUSETTS,<br><br>        *Plaintiffs,*<br>v.<br><br>PREMIER EDUCATION GROUP, L.P. and PREMIER EDUCATION GROUP, G.P., INC. d/b/a HARRIS SCHOOL OF BUSINESS, BRANFORD HALL CAREER INSTITUTE, SALTER COLLEGE, THE SALTER SCHOOL, SEACOAST CAREER SCHOOLS, SUBURBAN TECHNICAL SCHOOL, SALTER SCHOOL OF NURSING & ALLIED HEALTH; and JOHN DOES NOS.1-50, FICTITIOUS NAMES,<br><br>        *Defendants.* | Civil Action No. 1:11-CV-03523-rbk<br><br>**FILED UNDER SEAL**<br><br><br><br>**THIRD AMENDED COMPLAINT FALSE CLAIMS ACT VIOLATIONS UNDER 31 U.S.C. § 3729 *ET SEQ.***<br><br>**FILED BY HAND**<br><br>**JURY TRIAL DEMANDED** |

# TABLE OF CONTENTS

I.   INTRODUCTION ............................................................................................................1

II.  JURISDICTION AND VENUE .....................................................................................5

III. PARTIES .........................................................................................................................6

    A.   Plaintiffs/Relators ................................................................................................6

        1.   Laura LaPorte ............................................................................................6

        2.   Robert Biaselli ..........................................................................................7

        3.   Pamela Hone .............................................................................................7

        4.   Angela Davenport .....................................................................................8

        5.   Kelli J. Amaya ........................................................................................10

        6.   Amanda Kenny .......................................................................................11

        7.   Doris Moody ...........................................................................................12

    B.   Defendants .........................................................................................................13

        1.   Premier Education Group, L.P. and Premier Education Group,
            G.P., Inc. ..................................................................................................13

        2.   John Does Nos. 1-50, Fictitious Names ..................................................19

IV.  BACKGROUND ...........................................................................................................19

    A.   The False Claims Act and State False Claims Acts ...........................................19

    B.   Programs Under Title IV of the Higher Education Act of 1965 ........................22

        1.   Federal Regulations Governing Title IV Funding ..................................22

        2.   Program Participation Agreements .........................................................24

        3.   Claims For Payment Under Title IV, HEA Programs .............................24

        4.   Title IV Grant Programs ..........................................................................25

        5.   Title IV Loan Programs ..........................................................................27

  C. PEG's Participation in Title IV, HEA Programs ..................................................28

    1. Program Participation Agreement(s) ..........................................................28

    2. Federal Funds Received from the Department of Education.....................30

  D. Claims Related to Other Federal and Student State Financial Aid Programs........30

    1. Other Federal Programs ..............................................................................30

    2. Delaware Student Financial Aid Programs................................................32

    3. Massachusetts Student Financial Aid Programs........................................32

    4. New Jersey Student Financial Aid Programs.............................................33

    5. New York Student Financial Aid Programs ..............................................34

V. PEG'S FRAUDULENT SCHEME................................................................................35

  A. PEG Caused the Federal and State Programs to Award Financial Aid to Ineligible Students and It Fabricated Documents to Conceal Their Ineligibility..............................................................................................................44

    1. PEG Admitted Students Who Were Obviously Unqualified for Admission, and Who Were Incapable of Completing the Educational Program, and it Fabricated Test Results ...............................45

      i. No High School Diplomas/GEDs ..................................................45

      ii. PEG Admitted Known Felons Who Were Either Ineligible for Federal and State Financial Aid or Could Not Obtain Licensure in Their Chosen Fields ................................................50

      iii. Falsification of Wonderlic Test Scores.........................................52

      iv. Learning Disabled, Non-English Speaking, and Illiterate Students..........................................................................................56

    2. PEG Completed FAFSA Applications for Prospective Students Who Were Not Competent to Understand the Financial Obligations They Were Undertaking........................................................59

    3. PEG Altered Student Grades from Failing to Passing in Violation of Federal and State Law Requiring Financial Aid Recipients to Show They Are Making Satisfactory Academic Progress in Their Programs ......................................................................................61

|   |   | i. | PEG Pressured Administrators and Instructors to Change Grades from Failing to Passing..................................................................61 |
|---|---|---|---|
|   |   | ii. | PEG Overrode the Judgment of Instructors by Changing Student Grades from Failing to Passing.........................................64 |
|   | 4. | | PEG Altered Student Attendance Records in Order to Make it Appear that Students Were Eligible to Receive Federal and State Financial Aid.................................................................................................73 |
|   | 5. | | PEG Used Third Parties to Falsify Attendance Records in Order to Falsely Certify Students' Eligibility for Federal and State Financial Aid.........................................................................................................76 |
| B. | PEG Used High Pressure Tactics to Enroll Students Under False Pretenses ........77 | | |
|   | 1. | | PEG Imposed Rigid Sales Quotas on Admissions Representatives ..........78 |
|   | 2. | | PEG Trained Its Admissions Representatives to Pressure Students to Enroll .....................................................................................................80 |
| C. | PEG Made Material Misrepresentations to Induce Prospective Students to Enroll.............................................................................................................83 | | |
|   | 1. | | PEG Misled Prospective Students Regarding Its Accreditation Status.........................................................................................................84 |
|   |   | i. | Background on Accreditation of For-Profit Schools ....................84 |
|   |   | ii. | PEG Misled Prospective Students Regarding the Accreditation Status of its PMA Programs...................................87 |
|   |   | iii. | PEG Misled Prospective Students Regarding Accreditation of its Dental Programs ................................................................92 |
|   |   | iv. | PEG Misled Patient Care Technician Students That They Could Become Certified Nursing Assistants and Would Be Certified to Conduct EKGs............................................................97 |
|   |   | v. | PEG Misled Prospective Students Regarding the Content and Accreditation of Its CNM Program.........................................99 |
|   | 2. | | PEG Misrepresented Its Loss of Institutional Accreditation and Lied to Accreditation Agencies ................................................................100 |
|   | 3. | | PEG Misled Prospective Students Regarding Its Career Placement Performance ..............................................................................................101 |

        4.    PEG Misled Prospective Students Regarding Their Ability to Transfer Course Credits to Other Institutions and Programs ................... 106

    D.    PEG Caused Applicants to Submit False FAFSA Forms to the Department of Education ........................................................................... 109

    E.    PEG Used Prohibited Incentive Compensation To Induce Employees to Participate in Its Fraudulent Scheme ...................................................... 110

    F.    PEG Knowingly Made False Statements and Falsified Certifications in Order to Conceal Its Fraudulent Scheme .................................................. 115

VI.   PEG'S FRAUDULENT SCHEME CAUSED THE SUBMISSION AND PAYMENT OF FALSE CLAIMS ........................................................................ 118

VII.  PEG RETALIATED AGAINST RELATOR AMAYA FOR HER WHISTLEBLOWING ACTIVITY ............................................................................ 126

VIII. PEG RETALIATED AGAINST RELATOR MOODY FOR HER WHISTLEBLOWING ACTIVITY ............................................................................ 127

**COUNT I** (Violation of False Claims Act, 31 U.S.C. § 3729(a)(1)(A)) ................................. 128

**COUNT II** (Violation of False Claims Act, 31 U.S.C. § 3729(a)(1)(B)) ............................... 129

**COUNT III** (Violation of False Claims Act, 31 U.S.C. § 3729(a)(3); 31 U.S.C. § 3729(a)(1)(C)) .............................................................................................................. 129

**COUNT IV** (Violation of False Claims Act, 31 U.S.C. § 3729(a)(7); 31 U.S.C. § 3729(a)(1)(G)) .............................................................................................................. 130

**COUNT V** (Violation of False Claims Act, 31 U.S.C. § 3730(h) – Relator Amaya) ............ 130

**COUNT VI** (Intentional Infliction of Emotional Distress – Relator Amaya) ........................ 131

**COUNT VII** (Violation of False Claims Act, 31 U.S.C. § 3730(h) – Relator Moody) .......... 131

**COUNT VIII** (Intentional Infliction of Emotional Distress – Relator Moody) ..................... 132

**COUNT IX** (Violation of Delaware False Claims and Reporting Act) .................................. 132

**COUNT X** (Violation of Massachusetts False Claims Act) .................................................. 133

**COUNT XI** (Violation of New Jersey False Claims Act) ..................................................... 134

**COUNT XII** (Violation of New York False Claims Act) ..................................................... 135