# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* LAURA LAPORTE, ANGELA DAVENPORT, PAMELA HONE, ROBERT BIASELLI, KELLI J. AMAYA, AMANDA KENNY, and DORIS MOODY,<br><br>                Plaintiffs,<br>v.<br><br>PREMIER EDUCATION GROUP, L.P. and PREMIER EDUCATION GROUP, G.P., INC. d/b/a HARRIS SCHOOL OF BUSINESS, BRANFORD HALL CAREER INSTITUTE, SALTER COLLEGE, THE SALTER SCHOOL, SEACOAST CAREER SCHOOLS, SUBURBAN TECHNICAL SCHOOL; and JOHN DOES NOS. 1-50, FICTITIOUS NAMES,<br><br>                Defendants. | Civil Action No.<br>1:11-CV-03523(RBK)(AMD)<br><br>**NOTICE OF MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND STAY <u>PENDING APPEAL</u>**<br><br>**[FILED ELECTRONICALLY]**<br><br>**ORAL ARGUMENT IS REQUESTED**<br><br>**MOTION DAY: JUNE 20, 2016** |

**PLEASE TAKE NOTICE** that the undersigned, on behalf of Defendants Premier Education Group, L.P. and Premier Education Group, G.P., Inc. ("Defendants") will move before this Court on June 20, 2016 at 10:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, before the Honorable Robert B. Kugler, United States District Judge of the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order granting Defendants' motion for an Order: (i) pursuant to 28 U.S.C. §

1292(b) certifying an interlocutory appeal to the Third Circuit Court of Appeals of this Court's Opinion and Order entered on May 11, 2016, on the grounds that they involve a controlling question of law as to which there is substantial grounds for difference of opinion and that an immediate appeal from the Opinion and Order may materially advance the ultimate termination of the litigation; and (ii) staying further proceedings in this action pending appeal;

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, counsel for Defendants shall rely upon the attached Certification of Richard M. Howard, Esq. with exhibits annexed thereto, and upon their Memorandum of Law in Support of their Motion;

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served by June 5, 2016; and

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request that the Court hear oral argument on Defendants' Motion.

Dated: May 23, 2016

              MELTZER, LIPPE, GOLDSTEIN
              & BREITSTONE, LLP
              190 Willis Avenue
              Mineola, New York 11501
              Telephone: (516) 747-0300
              Facsimile: (516) 747-0653

              By:   s/ Richard M. Howard
                 Richard M. Howard
              *Attorneys for Defendants Premier Education Group, L.P. and Premier Education Group, G.P., Inc.*

To:    David I. Sinderbrand, Esq.
Law Offices of David I. Sinderbrand, LLC
1001 Tilton Road, Suite 203
Northfield, NJ 08225
Telephone: (609) 645-2800
Facsimile: (609) 772-5858

Alan M. Freeman, Esq.
Stephen D. Schrier, Esq.
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Telephone: (202) 772-5800
Facsimile: (202) 772-5858

Scott Simmer, Esq.
Simmer Law Group PLLC
The Watergate, Suite 10-A 600
New Hampshire Avenue NW
Washington, DC 20037
Telephone: (202) 333-4562
Facsimile: (202) 337-1039

*Attorneys for Plaintiffs/Relators*